# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 11, 2017

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 16-1441 | |
| | Appeal from the |
| SONOKU TAGAMI, | United States District Court for the |
| *Plaintiff-Appellant*, | Northern District of Illinois, |
| | Eastern Division. |
| *v.* | |
| | No. 14 cv 9074 |
| CITY OF CHICAGO, et al., | |
| *Defendants-Appellees*. | Sharon Johnson Coleman, |
| | *Judge*. |

**O R D E R**

The opinion issued November 8, 2017, is amended to reflect the correct district court docket number of 14 cv 9074.